# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147805 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

JAMARIO A. MITCHELL,
           Defendant-Appellant.

SC: 147805
COA: 314357
Wayne CC: 01-003283-FC

_____/

       On order of the Court, the motion for leave to file the affidavit of Al Jarrau Akins is GRANTED. The application for leave to appeal the September 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013


Clerk

t1216